UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERGON — ST. JAMES, INC. | CIVIL ACTION NO.: 15-1121 |
| VERSUS | JUDGE: ZAINEY |
| M/V PRIVOCEAN | MAGISTRATE: KNOWLES |

### ORDER

Considering the foregoing Motion to Appoint Custodian;

**IT IS HEREBY ORDERED** that Admiral Security Services is appointed substitute custodian for the United States Marshal in connection with the arrest of the M/V PRIVOCEAN, bearing Official No. 9628087 (the "Vessel), and will perform the custodial services for the Vessel at a charge of $720.00 per day; including maintaining adequate liability insurance to respond to damages; and

**IT IS FURTHER ORDERED** that the United States Marshal be, and it hereby is authorized and directed, upon arrival of their agent, to surrender the possession of such Vessel to Admiral Security Services, and that upon such surrender, the United States Marshal, its officers, deputies, agents, servants, employees and insurers shall be in all respects discharged from all duties and responsibilities or the safekeeping of said Vessel; and

**IT IS FURTHER ORDERED** that until further Order of this Court, the Vessel shall remain at its current berth at Grandview Anchorage, LMR Mile Marker 146, Lutcher, Louisiana, and be maintained in the same order and condition as when surrendered to it under this Order, normal wear and tear expected; and

1

**IT IS FURTHER ORDERED** that Plaintiff and Admiral Security Services shall hold harmless and indemnify the United States of America, the United States Marshal, their agents, servants, employees, and all others for whom they are responsible, from any and all liability or responsibility for claims arising out of the care and custody of the defendant Vessel while under arrest.

New Orleans, Louisiana, this __13th__ day of _____April_____, 2015.

_____
UNITED STATES DISTRICT JUDGE