# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| IN THE MATTER OF NAUTICAL SOLUTIONS, LLC, AS OWNER OF THE M/V MR. SIDNEY, PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION NO. : 10-4169 <br><br> SECTION: "J"(1) <br><br> Hon. Carl J. Barbier <br><br> Magistrate Judge Sally Shushan |

### LETTER OF UNDERTAKING

Loretta G. Whyte
Clerk of Court
United States District Court
Eastern District of Louisiana
500 Poydras Street
New Orleans, LA 70130

> Re:  *In the Matter of Nautical Solutions, LLC,*
> *as Owner of the M/V MR. SIDNEY*
> *Petitioning for Exoneration From or Limitation of Liability*

Dear Ms. Whyte:

Certain parties have made claims, and others may in the future claim, to have sustained damage as a result of the M/V MR. SIDNEY rendering assistance to the DEEPWATER HORIZON on April 21-22, 2010, and as a result have filed or may cause to be filed actions under the laws of the United States, the General Maritime Law, and/or laws of the State of Louisiana for damages resulting from the sinking of the DEEPWATER HORIZON.

In order to file an action for Exoneration From or Limitation of Liability, as required by 46 U.S.C. §183, *et seq.*, plaintiff in limitation and Assuranceforeninger Skuld hereby agree to the following:


EXHIBIT
A

(1)     Plaintiff in limitation and Assuranceforeninger Skuld, in compliance with Rule F and other Supplemental Rules for Certain Admiralty and Maritime Claims, herewith file with this Court this undertaking in the sum and amount of THIRTY ONE MILLION NINE HUNDRED SEVENTY SIX THOUSAND AND NO/100 ($31,976,000.00) DOLLARS, with interest thereon at six percent (6%) per annum for the benefit of claimants, which said sum is no less than the value of plaintiff in limitation's interest in the said vessel and freights, pending appraisal of said vessel, if appraisal be sought; and

(2)     Plaintiff in limitation and Assuranceforeninger Skuld hereby undertake jointly, severally, and *in solido*, the sum of THIRTY ONE MILLION NINE HUNDRED SEVENTY SIX THOUSAND AND NO/100 ($31,976,000.00) DOLLARS, with interest thereon at the rate of six percent (6%) per annum from the date hereof, that plaintiff in limitation will abide by the future orders of the Court and pay into the Court whenever the Court shall order, a sum equal to the amount or value of plaintiff in limitation's interest in said vessel and pending freights, and if the Court should find this security is insufficient therefor, then additional like security with interest thereon at the rate of six percent (6%) per annum from the date hereof; and that pending payment of said amount, this undertaking shall stand as security for all claims filed in the said proceedings.

(3)     Upon demand and subject to the approval of the Court, to cause to be filed in said action a bond with an approved corporate surety, in the amount of THIRTY ONE MILLION NINE HUNDRED SEVENTY SIX THOUSAND AND NO/100 ($31,976,000.00) DOLLARS, with interest thereon at six percent (6%) per annum.   In the event the bond referred to in this paragraph is filed, the undersigned shall have no further obligation under this letter of undertaking.

(4)     It is understood and agreed that the execution of this letter by Phelps Dunbar, LLP, on behalf of the undersigned Assuranceforeningen Skuld, shall not be construed as binding upon Phelps Dunbar, LLP, but is binding only upon the undersigned Assuranceforeningen Skuld.

Dated:  November 2, 2010                          Yours very truly,

                                                 PHELPS DUNBAR, LLP

                                                 For and On Behalf of
                                                 ASSURANCEFORENINGEN SKULD

                                    By:   _____
                                          ROBERT P. McCLESKEY, JR.
                                          (As attorney-in-fact for the above listed
                                          purpose only)

PD.4444215.1                              2

# PHELPS DUNBAR
LLP

Louisiana | Mississippi | Texas | Florida | Alabama | London

ROBERT P. MCCLESKEY, JR.
Partner
Admitted in Louisiana and Texas
(504) 584-9280
mccleskb@phelps.com

November 2, 2010

09093-0399

Loretta G. Whyte
Clerk of Court
United States District Court
Eastern District of Louisiana
United States Courthouse
500 Poydras Street
New Orleans, LA 70130

Re:    In the Matter of Nautical Solutions, LLC,
       as Owner of the M/V MR. SIDNEY
       Petitioning for Exoneration From or Limitation of Liability

Dear Ms. Whyte:

Certain parties have made claims, and others may in the future claim, to have sustained damage as a result of the M/V MR. SIDNEY rendering assistance to the DEEPWATER HORIZON on April 21-22, 2010, and as a result have filed or may cause to be filed actions under the laws of the United States, the General Maritime Law, and/or laws of the State of Louisiana for damages resulting from the sinking of the DEEPWATER HORIZON.

In order to file an action for Exoneration From or Limitation of Liability, as required by 46 U.S.C. §183, *et seq.*, plaintiff in limitation and Assuranceforeninger Skuld hereby agree to the following:

(1)    Plaintiff in limitation and Assuranceforeninger Skuld, in compliance with Rule F and other Supplemental Rules for Certain Admiralty and Maritime Claims, herewith file with this Court this undertaking in the sum and amount of THIRTY ONE MILLION NINE HUNDRED SEVENTY SIX THOUSAND AND NO/100 ($31,976,000.00) DOLLARS, with interest thereon at six percent (6%) per annum for the benefit of claimants, which said sum is no less than the value of plaintiff in limitation's interest in the said vessel and freights, pending appraisal of said vessel, if appraisal be sought; and

(2)    Plaintiff in limitation and Assuranceforeninger Skuld hereby undertake jointly, severally, and *in solido*, the sum of THIRTY ONE MILLION NINE HUNDRED SEVENTY SIX THOUSAND AND NO/100 ($31,976,000.00) DOLLARS, with interest thereon at the rate of six percent (6%) per annum from the date hereof, that plaintiff in limitation will abide by the future orders of the Court and pay into the Court whenever the Court shall order, a sum equal to the amount or value of

—————————————— COUNSELORS AT LAW ——————————————

Canal Place | 365 Canal Street, Suite 2000 | New Orleans, Louisiana 70130-6534 | 504-566-1311 | 504-568-9130 Fax | phelpsdunbar.com
PD.4388355.1

November 2, 2010
Page 2

plaintiff in limitation's interest in said vessel and pending freights, and if the Court should find this security is insufficient therefor, then additional like security with interest thereon at the rate of six percent (6%) per annum from the date hereof; and that pending payment of said amount, this undertaking shall stand as security for all claims filed in the said proceedings.

(3)     Upon demand and subject to the approval of the Court, to cause to be filed in said action a bond with an approved corporate surety, in the amount of THIRTY ONE MILLION NINE HUNDRED SEVENTY SIX THOUSAND AND NO/100 ($31,976,000.00) DOLLARS, with interest thereon at six percent (6%) per annum.   In the event the bond referred to in this paragraph is filed, the undersigned shall have no further obligation under this letter of undertaking.

(4)     It is understood and agreed that the execution of this letter by Phelps Dunbar, LLP, on behalf of the undersigned Assuranceforeningen Skuld, shall not be construed as binding upon Phelps Dunbar, LLP, but is binding only upon the undersigned Assuranceforeningen Skuld.

                              Yours very truly,

                              PHELPS DUNBAR, LLP

                              For and On Behalf of
                              ASSURANCEFORENINGEN SKULD

By:     _____
                              ROBERT P. McCLESKEY, JR.
                              (As attorney-in-fact for the above listed
                              purpose only)

RPM/pal

# PHELPS DUNBAR
LLP

**Louisiana** | Mississippi | Texas | Florida | Alabama | North Carolina | London

ROBERT J. BARBIER
Partner
(504) 584-9328
robert.barbier@phelps.com

01290-0112

September 11, 2014

Clerk of Court
United States District Court
Eastern District of Louisiana
500 Camp Street
New Orleans, LA 70130

RE:  -  In the matter of Southport Wave SA and Golden Union Enterprises SA, as owners and managing owners of the M/V FLAG GANGOS Petitioning for Exoneration from or Limitation of Liability;

-  *IMTT Gretna et al. v M/V FLAG GANGOS, .2:14cv01855-EFF-MBN, U.S.D.C, Eastern District of Louisiana;*

-  *Tauber Oil Company v M/V FLAG GANGOS, et al., 2:14cv01935-EFF-MBN, U.S.D.C, Eastern District of Louisiana.*

Dear Sir/Madam:

Certain parties have or may in the future claim to have sustained damages as result of M/V FLAG GANGOS striking IMTT dock, Gretna, Louisiana, M/T PAMISOS and the barge WEB 235 in the lower Mississippi River near Mile Marker 97.5 A.H.P. on the evening of August 12, 2014, and as a result  may cause to be filed actions under the laws of the United States, the General Maritime Law, and/or laws of the State of Louisiana for damages resulting from the aforementioned incident.

In order to file an action for Exoneration From or Limitation of Liability, as required by 46 U.S.C. §30501, *et seq.*, plaintiffs in limitation and undersigned club hereby agree to the following:

1.  Plaintiffs in limitation, in compliance with Rule F and other Supplemental Rules for Certain Admiralty and Maritime Claims, herewith file with this Court this undertaking in the sum and amount of TWENTY-SIX MILLION, FOUR HUNDRED NINE THOUSAND, SEVEN HUNDRED FIFTY AND NO/100

COUNSELORS AT LAW

Canal Place | 365 Canal Street, Suite 2000 | New Orleans, Louisiana 70130-6534 | 504-566-1311
phelpsdunbar.com

PD.12169884.1


EXHIBIT
A.1

Page 2

DOLLARS ($26,409,750.00), with interest thereon at six percent (6%) per annum for the benefit of claimants, which said sum is no less than the value of plaintiffs' in limitation interest in the said vessel and freights, pending appraisal of said vessel, if appraisal be sought; and

2.  Plaintiffs in limitation hereby undertake jointly, severally, and *in solido*, the sum of TWENTY-SIX MILLION, FOUR HUNDRED NINE THOUSAND, SEVEN HUNDRED FIFTY AND NO/100 DOLLARS ($26,409,750.00), with interest thereon at the rate of six percent (6%) per annum from the date hereof, that plaintiffs in limitation and the undersigned club will abide by the further orders of the Court and pay into the Court whenever the Court shall order, a sum equal to the amount or value of plaintiffs' in limitation interest in said vessel and pending freights, or in the event of appraisal, and if the Court should find this security is insufficient therefor, then additional like security with interest thereon at the rate of six percent (6%) per annum from the date hereof; and that pending payment of said amount, this undertaking shall stand as security for all claims filed in the said proceedings.

3.  Upon demand and subject to the approval of the Court, to cause to be filed in said action a bond with an approved corporate surety, in the amount of TWENTY-SIX MILLION, FOUR HUNDRED NINE THOUSAND, SEVEN HUNDRED FIFTY AND NO/100 DOLLARS ($26,409,750.00), with interest thereon at six percent (6%) per annum. In the event the bond referred to in this paragraph is filed, the undersigned shall have no further obligation under this letter of undertaking.

4.  This letter is to be binding and enforceable whether the M/V FLAG GANGOS is lost at sea or not lost, in port or not in port and is given without prejudice to any rights or defenses which the M/V FLAG GANGOS and their owner, owner pro hoc vice and operator and P&I underwriters or the London P&I Club may have under any applicable law, statute or Club Rules, none of which are to be regarded as waived. The giving of this letter of undertaking is not to be deemed or taken or accepted as an admission of liability on behalf of the M/V FLAG GANGOS or her owners or those interested in her.

5.  It is understood and agreed that the execution of this letter by Phelps Dunbar, LLP, on behalf of the undersigned The London P & I Club, shall not be construed as binding upon them, but is binding only upon plaintiffs in limitation and the undersigned The London P & I Club.

Page 3

Yours very truly,

PHELPS DUNBAR LLP

For and On Behalf of

THE LONDON P & I CLUB



BY:

ROBERT J. BARBIER
(As attorney-in-fact for the above listed purpose
only, pursuant to authorization received by email
from The London P & I Club on September 10,
2014.)

*UNITED STATES DISTRICT COURT*

*EASTERN DISTRICT OF LOUISIANA*

| | |
|---|---|
| IN THE MATTER OF SEACOR HOLDINGS, INC., SEACOR OFFSHORE LLC, SEACOR MARINE, LLC, and SIEMENS FINANCIAL, INC. AS BENEFICIAL OWNER, REGISTERED OWNERS, AND MANAGING OWNER OF THE M/V SEACOR WASHINGTON PETITIONING FOR EXONERATION FROM OR LIMITATION OF LIABILITY | CIVIL ACTION **10 - 3897** NUMBER: SECTION: **SECT. J MAG. 1** JUDGE: MAGISTRATE: |

<u>LETTER OF UNDERTAKING</u>

Clerk of Court
United States District Court
Eastern District of Louisiana
500 Camp Street
New Orleans, LA  70130

> RE:  *In the Matter of Seacor Holdings, Inc., Seacor Offshore LLC, Seacor Marine LLC, and Siemens Financial, Inc. as beneficial owner, registered owner, and managing owner of the M/V SEACOR WASHINGTON Petitioning for Exoneration From or Limitation of Liability*

Dear Sirs:

Certain parties have made claims, and others may in the future claim to have sustained damage as result of M/V SEACOR WASHINGTON rendering assistance to DEEPWATER HORIZON on April 21-22, 2010, and as a result have filed or may cause to be filed actions under the laws of the United States, the General Maritime Law, and/or laws of the State of Louisiana for damages resulting from the aforementioned incident.

1



In order to file an action for Exoneration From or Limitation of Liability, as required by 46 U.S.C. §30505, *et seq.*, plaintiffs in limitation and the undersigned insurers, each subscribing severally but not jointly to the extent of their percentages in the insurance policies as hereinafter set forth, hereby agree to the following:

(1)     Plaintiffs in limitation, in compliance with Rule F and other Supplemental Rules for Certain Admiralty and Maritime Claims, have filed with this Court an undertaking in the sum and amount of FIVE MILLION ($5,000,000.00) DOLLARS, less incurred costs, for the benefit of claimants, pending appraisal of said vessel, if appraisal be sought. A copy of that undertaking is attached hereto. That undertaking is by plaintiffs in limitation and Steamship Mutual Underwriting Association (Bermuda) Ltd. Steamship Mutual provides insurance coverage with a limit of $5,000,000 in favor of plaintiffs in limitation. The above-referenced insurance coverage with a limit of $5,000,000 by Steamship Mutual is the primary layer of insurance coverage in favor of plaintiffs in limitation.

(2)     Navigators Insurance Company subscribes to Policy No. 10L1319/01-10L1319/02, with a limit of $10,000,000 excess $5,000,000. This Policy is the second layer of insurance coverage in favor of plaintiffs in limitation. Navigators Insurance Company, Liberty Mutual Insurance Company, New York Marine & General Insurance Company, Underwriters at Lloyd's, London, Syndicate 1861, and XL Specialty Insurance Company subscribe to Policy No. SBS90X10-10, with a limit of $90,000,000 excess $10,000,000 excess $5,000,000. This Policy is the third layer of insurance coverage in favor of plaintiffs in limitation. The limits of the primary, second layer and third layer of insurance coverage total $105,000,000.

(3)     As of April 23, 2010, the value of SEACOR WASHINGTON was $12,500,000 and its freight pending was no more than $1,788,971, for a total of $14,288,971. Plaintiffs in limitation, in compliance with Rule F and other Supplemental Rules for Certain Admiralty and Maritime Claims, have filed with this Court an undertaking in the amount of FIVE MILLION AND NO/100 DOLLARS ($5,000,000), which is attached. Plaintiffs in limitation herewith file with this Court this undertaking in the amount of NINE MILLION TWO HUNDRED EIGHTY-EIGHT THOUSAND NINE HUNDRED SEVENTY-ONE AND NO/100 DOLLARS ($9,288,971), together with simple interest thereon at six percent (6%) per annum for the benefit of claimants. The total undertaking by plaintiffs in limitation is $14,288,971, together with simple interest thereon at six percent (6%) per annum for the benefit of claimants.

(4)     Plaintiffs in limitation and the undersigned insurers, each subscribing severally but not jointly to the extent that their respective percentages in the insurance policies referenced above, hereby undertake jointly, severally, and *in solido*, that plaintiffs in limitation will abide by the further orders of the Court and pay into the Court whenever the Court shall order, a sum up to but not exceeding the sum of NINE MILLION TWO HUNDRED EIGHTY-EIGHT THOUSAND NINE HUNDRED SEVENTY-ONE AND NO/100 DOLLARS ($9,288,971), and if the Court should find this security is insufficient

2

therefor, then substitute additional like security with the simple interest at the rate of six percent (6%) per annum from the date hereof, and that pending payment of said amount, this undertaking shall stand as security for all claims filed in the said proceedings.

(5)   Upon demand and subject to the approval of the Court, to cause to be filed in said action a bond with an approved corporate surety in the amount of NINE MILLION TWO HUNDRED EIGHTY-EIGHT THOUSAND NINE HUNDRED SEVENTY-ONE AND NO/100 DOLLARS ($9,288,971), with simple interest thereon at the rate of six percent (6%) per annum.  In the event the bond referred to in this paragraph is filed, plaintiffs in limitation and the undersigned insurers shall have no further obligation under this letter of undertaking.

Dated October 20, 2010.

PHELPS DUNBAR LLP

BY: _____

GARY A. HEMPHILL
(Authorized attorney-in-fact for Plaintiffs in Limitation)

NAVIGATORS INSURANCE COMPANY, subject to the limit of Policy No. 10L1319/01-10L1319/02

BY: _____

J. DANIEL PICOU, as expressly authorized in writing by Navigators Insurance Company

Navigators Insurance Company, Liberty Mutual Company, New York Marine & General Insurance Company, Underwriters at Lloyd's, London, Syndicate 1861, and XL Specialty Insurance Company, each subscribing severally but not jointly to, and subject to the limit of, Policy No. SBS90X10-10

BY: _____

J. DANIEL PICOU, as expressly authorized in writing by the above-referenced insurers

3

June 19, 2007

Mr. Patrick Kirksey
c/o Anthony G. Buzbee
The Buzbee Law Firm
104 21st Street
Galveston, Texas 77550

        Cause No. G-05-057; *Kirksey v. P&O Ports Texas, Inc., et al.;* In the United
        States District Court for the Southern District of Texas, Galveston Division
        On Appeal to the United States Court of Appeals for the Fifth Circuit

Dear Sirs:

On July 31, 2006, the referenced matter was tried before the United States District Court for the Southern District of Texas, Galveston Division. On May 22, 2007, the Court filed its judgment in favor of Patrick Kirksey, which Defendants and Third-party Defendants intend to appeal. In consideration of your refraining from executing on the judgment, the undersigned insurer hereby agrees:

        1.     In the event the Judgment is upheld, the United Kingdom Mutual Steam Ship Assurance Association (Bermuda) Limited (the "Association"), agrees to pay and satisfy, up to and not exceeding the total sum of ONE MILLION NINE HUNDRED TWO THOUSAND NINE HUNDRED ONE DOLLARS AND 56/100 ($1,902,901.56), with pre- and post-judgment interest at six percent (6%), or any lesser amount settled between the parties, where said settlement has been made with the approval of the Association.

        2.     Upon demand, to cause to be filed in said action, a surety bond or other security acceptable to the Court, in the amount of ONE MILLION NINE HUNDRED TWO THOUSAND NINE HUNDRED ONE DOLLARS AND 56/100 ($1,902,901.56), with pre-judgment interest at six percent (6%) and post-judgment interest at six percent (6%). In the event that the bond referred to in this paragraph is filed, the undersigned insurer shall have no further obligation under this Letter of Undertaking.

        3.     It is the intent of this undertaking that it shall have the same force and effect as if a supersedeas bond had been given by the Defendants and Third-party Defendants as provided for in Rules 62(d) and 65.1 of the Federal Rules of Civil Procedure. In the event that the judgment hereby secured is not upheld, this Letter of Undertaking shall become null and void, and all

HO.298093.1


EXHIBIT
A.3

undertakings stated herein and surety bonds or other security that
may have issued in connection herewith shall be revoked.

It is understood and agreed that the execution of this letter by Thomas R. Nork shall not be
construed as binding upon him personally nor binding upon Phelps Dunbar LLP, but is to be
binding only upon United Kingdom Mutual Steam Ship Assurance Association (Bermuda)
Limited.

**UNITED KINGDOM MUTUAL STEAM SHIP
ASSURANCE ASSOCIATION (BERMUDA) LIMITED**

BY: _____

Thomas R. Nork, as Attorney-in-fact for the above
purpose only as per authority received  from The United
Kingdom Mutual Steam Ship Assurance Association
(Bermuda) Limited on June 19, 2007

- 2 -

HO.298093.1

Case 2:15-cv-01121-JCZ-DEK   Document 45-1   Filed 04/29/15   Page 13 of 28
Case 3:05-cv-00057   Document 133   Filed in TXSD on 07/23/07   Page 1 of 2
Case 3:05-cv-00057   Document 126-3   Filed 06/20/2007   Page 1 of 2

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF TEXAS**
**GALVESTON DIVISION**

| | | |
|---|---|---|
| **PATRICK KIRKSEY** | § | |
| **Plaintiff** | § | |
| **v.** | § | |
| | § | |
| **P&O PORTS TEXAS, INC., et al.** | § | **Civil Action No. G-05-057** |
| | § | |
| **Defendants** | § | |
| | § | |
| **TONGHAI MARITIME and COSCO BULK** | § | **Admiralty – Rule 9(h)** |
| **CARRIER CO., LTD.** | § | |
| **Third-party Plaintiffs** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **PAN OCEAN SHIPPING CO. LTD. and** | § | |
| **STX PAN OCEAN CO. LTD.** | § | |
| | § | |
| **Third-party Defendants.** | § | |

**ORDER STAYING EXECUTION OF JUDGMENT AND**
**APPROVING LETTER OF UNDERTAKING**

On this day the Court considered Third-party Defendants Pan Ocean
Shipping Co. Ltd. and its successor in interest, STX Pan Ocean Co. Ltd., and
Defendants/Third-party Plaintiffs Tonghai Maritime and Cosco Bulk Carrier Co.
Ltd.'s ("Parties Defendant") ~~Unopposed~~ Motion for Stay of Execution of Judgment and
Approval of Letter of Undertaking, and is of the opinion that the motion has merit
and should be granted. It is therefore

ORDERED that Plaintiff is enjoined from execution of the Final Judgment
entered in this case on May 22, 2007 (or any later issued corrected judgment)
against any of the Parties Defendant. It is further

ORDERED that the Letter of Undertaking provided by The United Kingdom Mutual Steam Ship Assurance Association (Bermuda) Limited is deemed satisfactory to secure performance under the Final Judgment if upheld on appeal. It is further

ORDERED that the Parties Defendant provide the original Letter of Undertaking to Plaintiff's counsel for safekeeping pending the outcome of the appeal of this matter to the United States Court of Appeals for the Fifth Circuit.

SIGNED this 23 day of _____July_____, 2007.

_____
UNITED STATES DISTRICT JUDGE

- 2 -



# ENGLISH WHITE SHIPPING LIMITED

### (SHIP SALE AND PURCHASE BROKERS AND SHIP VALUERS)



3 ST. MARKS PLACE, LONDON SW19 7ND
Tel: 44 (0)20 8879 7966  Fax: 44 (0)20 8947 3555
E-Mail: sandp@ewshipping.com

29th April 2015

Gary A. Hemphill
Phelps Dunbar LLP
Canal Place
365 Canal Street, Suite 2000
New Orleans, LA 70130

For the attention of: Gary A. Hemphill

Dear Sirs,

**PRIVOCEAN (the Vessel)**

Thank you for forwarding the appraisal given by Messrs. DLS dated 20 April 2015.

I note their conclusion that in their opinion the Vessel is worth some US Dollars 28 million on the 6th April 2015.   I disagree with this conclusion.

Their methodology is unique and in my opinion does not result in an accurate estimate of the actual market value of the PRIVOCEAN at the pertinent time.   Rather, Messrs. DLS have provided a figure which in my view is irrelevant to the Sale and Purchase market in April 2015 because it is based upon newbuild contracting and sales reported in 2013 and 2014. Because the second hand market for ships of this type has fallen drastically since 2013 and early 2014, DLS's methodology results in my opinion in a significant overstatement of the vessel's current value.

Indeed, DLS appear not to have taken into account sales of similar ships reported in 2015 or indeed the present chartering prospects of such vessels.

Normally Shipbrokers rely on the following factors to establish value:

(i)To value a vessel we refer to market reports, both sale and purchase and chartering, and familiarize ourselves with market conditions prevailing at the time relative to the vessel valuation.

(ii)When asked to value a vessel the details of size/age and other relevant features are matched against recent reported sales of similar tonnage and are then compared with the vessel to be valued. Having found recorded sale prices of similar vessels we interpolate/extrapolate deadweight/age cubic capacity and other relative data such as country of build, Class, gear etc..

(iii)It is a generally accepted practice to apply 5 percent per annum for age differentials

(iv)Valuations we have provided are always on the basis of 'willing Buyer/Willing Seller'

DLS did not follow this approach, particularly with regard to the absence of sales that are recent in time.

1. Cost approach

DLS have firstly arrived at a figure from the Vessel's cost. They say the newbuild figure was US Dollars 32,500,000 and they build in a residual value of 10 percent.
They then divide the figure by 35 years to give the present day value.

Registered in England: Registered Number 989770



This is not a present day value in my opinion.
Rather it is the sort of figure that an owner might produce in order to satisfy his Banking requirements and appears to have no relevance whatsoever to today's value in the marketplace.

Furthermore in my opinion it is generally accepted in shipping practice that a vessel's lifespan is 20 years thus producing the annual depreciation figure of 5 percent. This figure has been the norm in all the cases in which I have acted.

2. Sales comparison approach

DLS have firstly given a range of newbuild prices of similar ships in 2012 /2014 and subsequently given 'examples' of sales which they say "were sold within a reasonable time prior to the date of April 6th 2015".   These however are all resales (Mineral Pearl sale being the one exception) ie they had never been traded but were taken over as new in the shipyard.
PRIVOCEAN in April 2015 had already been trading for nearly 2 years

There are no examples at all in DLS's report of ships sold in 2015. All their examples are given before the market crash of mid 2014.   Since that market crash, the prices of vessels of the age and type of PRIVOCEAN have fallen dramatically.   I therefore disagree entirely with the view expressed by DLS that there is currently a "strong market" for this size and age vessel.   I am attaching (appendix 1) a chartering graph and figures obtained from the Baltic Exchange reflecting the average daily charter rate for vessels such as PRIVOCEAN from January 2013-April 2015.   The Baltic Exchange, like other industry exchanges including the New York Stock Exchange, reports chartering information on an industry-wide basis.   These figures show that daily chartering rates for this type of vessel rose steadily from July 2013 until February 2014 and have fallen steadily ever since. Rates in fact have halved from the second half 2013. As one would expect, as the rate at which a vessel owner can hire out his ship has fallen, the sale and purchase market has also dropped correspondingly, a fact which is confirmed by the recent sales activity I documented in my prior report.

In other words, the "comparable" sales on which DLS rely are not in fact comparable as they are almost exclusively from the 2013 period when chartering rates where twice what they are now.   In my opinion, this has resulted in DLS significantly overestimating the PRIVOCEAN's present value.

Yours faithfully

**Anthony C English Fics**
ENGLISH WHITE SHIPPING LIMITED

BALTIC EXCHANGE INDICES 2013-2015



Bjelke Hauge
Indices 2013 2015

| Date | BPI - TCA |
|---|---|
| 02/01/2013 | 5426 |
| 03/01/2013 | 5348 |
| 04/01/2013 | 5300 |
| 07/01/2013 | 5301 |
| 08/01/2013 | 5401 |
| 09/01/2013 | 5677 |
| 10/01/2013 | 5978 |
| 11/01/2013 | 6123 |
| 14/01/2013 | 6134 |
| 15/01/2013 | 6088 |
| 16/01/2013 | 5974 |
| 17/01/2013 | 5885 |
| 18/01/2013 | 5860 |
| 21/01/2013 | 5831 |
| 22/01/2013 | 5778 |
| 23/01/2013 | 5757 |
| 24/01/2013 | 5728 |
| 25/01/2013 | 5690 |
| 28/01/2013 | 5646 |
| 29/01/2013 | 5568 |
| 30/01/2013 | 5462 |
| 31/01/2013 | 5365 |
| 01/02/2013 | 5257 |
| 04/02/2013 | 5176 |
| 05/02/2013 | 5163 |
| 06/02/2013 | 5207 |
| 07/02/2013 | 5523 |
| 08/02/2013 | 5748 |
| 11/02/2013 | 5864 |
| 12/02/2013 | 5963 |
| 13/02/2013 | 6226 |
| 14/02/2013 | 6431 |
| 15/02/2013 | 6626 |
| 18/02/2013 | 6732 |
| 19/02/2013 | 6845 |
| 20/02/2013 | 6978 |
| 21/02/2013 | 7112 |
| 22/02/2013 | 7253 |
| 25/02/2013 | 7363 |
| 26/02/2013 | 7502 |
| 27/02/2013 | 7677 |
| 28/02/2013 | 7917 |
| 01/03/2013 | 8281 |
| 04/03/2013 | 8463 |
| 05/03/2013 | 8637 |
| 06/03/2013 | 8721 |
| 07/03/2013 | 8898 |
| 08/03/2013 | 8994 |
| 11/03/2013 | 9026 |
| 12/03/2013 | 9052 |

| Date | BPI - TCA |
|---|---|
| 13/03/2013 | 9105 |
| 14/03/2013 | 9174 |
| 15/03/2013 | 9296 |
| 18/03/2013 | 9370 |
| 19/03/2013 | 9465 |
| 20/03/2013 | 9517 |
| 21/03/2013 | 9616 |
| 22/03/2013 | 9661 |
| 25/03/2013 | 9680 |
| 26/03/2013 | 9632 |
| 27/03/2013 | 9527 |
| 28/03/2013 | 9412 |
| 02/04/2013 | 9238 |
| 03/04/2013 | 9036 |
| 04/04/2013 | 8850 |
| 05/04/2013 | 8755 |
| 08/04/2013 | 8674 |
| 09/04/2013 | 8620 |
| 10/04/2013 | 8640 |
| 11/04/2013 | 8756 |
| 12/04/2013 | 8892 |
| 15/04/2013 | 8991 |
| 16/04/2013 | 9138 |
| 17/04/2013 | 9326 |
| 18/04/2013 | 9430 |
| 19/04/2013 | 9557 |
| 22/04/2013 | 9603 |
| 23/04/2013 | 9533 |
| 24/04/2013 | 9310 |
| 25/04/2013 | 8955 |
| 26/04/2013 | 8644 |
| 29/04/2013 | 8455 |
| 30/04/2013 | 8214 |
| 01/05/2013 | 8129 |
| 02/05/2013 | 8068 |
| 03/05/2013 | 8037 |
| 07/05/2013 | 7979 |
| 08/05/2013 | 7948 |
| 09/05/2013 | 7943 |
| 10/05/2013 | 7930 |
| 13/05/2013 | 7923 |
| 14/05/2013 | 7888 |
| 15/05/2013 | 7771 |
| 16/05/2013 | 7588 |
| 17/05/2013 | 7418 |
| 20/05/2013 | 7316 |
| 21/05/2013 | 7168 |
| 22/05/2013 | 7018 |
| 23/05/2013 | 6878 |
| 24/05/2013 | 6801 |
| 28/05/2013 | 6678 |
| 29/05/2013 | 6539 |

| Date | BPI - TCA |
|---|---|
| 30/05/2013 | 6415 |
| 31/05/2013 | 6329 |
| 03/06/2013 | 6252 |
| 04/06/2013 | 6176 |
| 05/06/2013 | 6113 |
| 06/06/2013 | 6082 |
| 07/06/2013 | 6078 |
| 10/06/2013 | 6092 |
| 11/06/2013 | 6179 |
| 12/06/2013 | 6437 |
| 13/06/2013 | 6637 |
| 14/06/2013 | 6845 |
| 17/06/2013 | 6993 |
| 18/06/2013 | 7107 |
| 19/06/2013 | 7240 |
| 20/06/2013 | 7320 |
| 21/06/2013 | 7377 |
| 24/06/2013 | 7451 |
| 25/06/2013 | 7624 |
| 26/06/2013 | 7759 |
| 27/06/2013 | 7905 |
| 28/06/2013 | 8007 |
| 01/07/2013 | 8064 |
| 02/07/2013 | 8080 |
| 03/07/2013 | 8086 |
| 04/07/2013 | 8050 |
| 05/07/2013 | 8013 |
| 08/07/2013 | 7966 |
| 09/07/2013 | 8000 |
| 10/07/2013 | 8139 |
| 11/07/2013 | 8447 |
| 12/07/2013 | 8725 |
| 15/07/2013 | 8887 |
| 16/07/2013 | 9036 |
| 17/07/2013 | 9172 |
| 18/07/2013 | 9265 |
| 19/07/2013 | 9320 |
| 22/07/2013 | 9304 |
| 23/07/2013 | 9219 |
| 24/07/2013 | 9104 |
| 25/07/2013 | 8928 |
| 26/07/2013 | 8780 |
| 29/07/2013 | 8669 |
| 30/07/2013 | 8546 |
| 31/07/2013 | 8408 |
| 01/08/2013 | 8282 |
| 02/08/2013 | 8120 |
| 05/08/2013 | 8021 |
| 06/08/2013 | 7888 |
| 07/08/2013 | 7771 |
| 08/08/2013 | 7655 |
| 09/08/2013 | 7541 |

B. EXCHANGE INDICES
2013 2013

| Date | Value | Date | Value | Date | Value |
|------|-------|------|-------|------|-------|
| 12/08/2013 | 7481 | 24/10/2013 | 15657 | 14/01/2014 | 12588 |
| 13/08/2013 | 7428 | 25/10/2013 | 15219 | 15/01/2014 | 12534 |
| 14/08/2013 | 7388 | 28/10/2013 | 14817 | 16/01/2014 | 12515 |
| 15/08/2013 | 7374 | 29/10/2013 | 14298 | 17/01/2014 | 12470 |
| 16/08/2013 | 7355 | 30/10/2013 | 13712 | 20/01/2014 | 12379 |
| 19/08/2013 | 7308 | 31/10/2013 | 13318 | 21/01/2014 | 12204 |
| 20/08/2013 | 7270 | 01/11/2013 | 13031 | 22/01/2014 | 11929 |
| 21/08/2013 | 7220 | 04/11/2013 | 12877 | 23/01/2014 | 11710 |
| 22/08/2013 | 7215 | 05/11/2013 | 12915 | 24/01/2014 | 11460 |
| 23/08/2013 | 7207 | 06/11/2013 | 12892 | 27/01/2014 | 11268 |
| 27/08/2013 | 7214 | 07/11/2013 | 12731 | 28/01/2014 | 11065 |
| 28/08/2013 | 7193 | 08/11/2013 | 12503 | 29/01/2014 | 10922 |
| 29/08/2013 | 7215 | 11/11/2013 | 12323 | 30/01/2014 | 10748 |
| 30/08/2013 | 7241 | 12/11/2013 | 12061 | 31/01/2014 | 10663 |
| 02/09/2013 | 7278 | 13/11/2013 | 11780 | 03/02/2014 | 10576 |
| 03/09/2013 | 7353 | 14/11/2013 | 11492 | 04/02/2014 | 10480 |
| 04/09/2013 | 7456 | 15/11/2013 | 11255 | 05/02/2014 | 10429 |
| 05/09/2013 | 7676 | 18/11/2013 | 11045 | 06/02/2014 | 10432 |
| 06/09/2013 | 8158 | 19/11/2013 | 10808 | 07/02/2014 | 10417 |
| 09/09/2013 | 8836 | 20/11/2013 | 10751 | 10/02/2014 | 10427 |
| 10/09/2013 | 9498 | 21/11/2013 | 10749 | 11/02/2014 | 10570 |
| 11/09/2013 | 9949 | 22/11/2013 | 10880 | 12/02/2014 | 10595 |
| 12/09/2013 | 10247 | 25/11/2013 | 11079 | 13/02/2014 | 10517 |
| 13/09/2013 | 10474 | 26/11/2013 | 11402 | 14/02/2014 | 10506 |
| 16/09/2013 | 10596 | 27/11/2013 | 12061 | 17/02/2014 | 10485 |
| 17/09/2013 | 10816 | 28/11/2013 | 12880 | 18/02/2014 | 10414 |
| 18/09/2013 | 11106 | 29/11/2013 | 13293 | 19/02/2014 | 10295 |
| 19/09/2013 | 11349 | 02/12/2013 | 13537 | 20/02/2014 | 10132 |
| 20/09/2013 | 11651 | 03/12/2013 | 13903 | 21/02/2014 | 10000 |
| 23/09/2013 | 12102 | 04/12/2013 | 14338 | 24/02/2014 | 9823 |
| 24/09/2013 | 12845 | 05/12/2013 | 14912 | 25/02/2014 | 9545 |
| 25/09/2013 | 13989 | 06/12/2013 | 15356 | 26/02/2014 | 9283 |
| 26/09/2013 | 14386 | 09/12/2013 | 15615 | 27/02/2014 | 9043 |
| 27/09/2013 | 14436 | 10/12/2013 | 15950 | 28/02/2014 | 8848 |
| 30/09/2013 | 14388 | 11/12/2013 | 16372 | 03/03/2014 | 8691 |
| 01/10/2013 | 14316 | 12/12/2013 | 16645 | 04/03/2014 | 8548 |
| 02/10/2013 | 14538 | 13/12/2013 | 16728 | 05/03/2014 | 8476 |
| 03/10/2013 | 14932 | 16/12/2013 | 16612 | 06/03/2014 | 8502 |
| 04/10/2013 | 15350 | 17/12/2013 | 16147 | 07/03/2014 | 8651 |
| 07/10/2013 | 15610 | 18/12/2013 | 15519 | 10/03/2014 | 8757 |
| 08/10/2013 | 15949 | 19/12/2013 | 15017 | 11/03/2014 | 8885 |
| 09/10/2013 | 16171 | 20/12/2013 | 14815 | 12/03/2014 | 8872 |
| 10/10/2013 | 16260 | 23/12/2013 | 14630 | 13/03/2014 | 8897 |
| 11/10/2013 | 16233 | 24/12/2013 | 14556 | 14/03/2014 | 8956 |
| 14/10/2013 | 16196 | 02/01/2014 | 14188 | 17/03/2014 | 8982 |
| 15/10/2013 | 16198 | 03/01/2014 | 13948 | 18/03/2014 | 9001 |
| 16/10/2013 | 16260 | 06/01/2014 | 13745 | 19/03/2014 | 9015 |
| 17/10/2013 | 16481 | 07/01/2014 | 13487 | 20/03/2014 | 9019 |
| 18/10/2013 | 16486 | 08/01/2014 | 13323 | 21/03/2014 | 8956 |
| 21/10/2013 | 16426 | 09/01/2014 | 13112 | 24/03/2014 | 8916 |
| 22/10/2013 | 16299 | 10/01/2014 | 12921 | 25/03/2014 | 8769 |
| 23/10/2013 | 16072 | 13/01/2014 | 12734 | 26/03/2014 | 8561 |

BRSIL EXCHANGE INDICES
2013-2015

| Date | Value | Date | Value | Date | Value |
|---|---|---|---|---|---|
| 27/03/2014 | 8210 | 13/06/2014 | 4670 | 27/08/2014 | 6462 |
| 28/03/2014 | 7888 | 16/06/2014 | 4352 | 28/08/2014 | 6707 |
| 31/03/2014 | 7600 | 17/06/2014 | 4125 | 29/08/2014 | 6941 |
| 01/04/2014 | 7237 | 18/06/2014 | 3953 | 01/09/2014 | 7072 |
| 02/04/2014 | 6995 | 19/06/2014 | 3805 | 02/09/2014 | 7199 |
| 03/04/2014 | 6745 | 20/06/2014 | 3702 | 03/09/2014 | 7328 |
| 04/04/2014 | 6631 | 23/06/2014 | 3628 | 04/09/2014 | 7396 |
| 07/04/2014 | 6548 | 24/06/2014 | 3581 | 05/09/2014 | 7431 |
| 08/04/2014 | 6464 | 25/06/2014 | 3477 | 08/09/2014 | 7506 |
| 09/04/2014 | 6402 | 26/06/2014 | 3396 | 09/09/2014 | 7518 |
| 10/04/2014 | 6346 | 27/06/2014 | 3362 | 10/09/2014 | 7332 |
| 11/04/2014 | 6312 | 30/06/2014 | 3397 | 11/09/2014 | 7169 |
| 14/04/2014 | 6275 | 01/07/2014 | 3574 | 12/09/2014 | 7013 |
| 15/04/2014 | 6268 | 02/07/2014 | 3890 | 15/09/2014 | 6891 |
| 16/04/2014 | 6381 | 03/07/2014 | 4462 | 16/09/2014 | 6756 |
| 17/04/2014 | 6539 | 04/07/2014 | 5122 | 17/09/2014 | 6646 |
| 22/04/2014 | 6668 | 07/07/2014 | 5437 | 18/09/2014 | 6564 |
| 23/04/2014 | 6757 | 08/07/2014 | 5635 | 19/09/2014 | 6527 |
| 24/04/2014 | 6853 | 09/07/2014 | 5677 | 22/09/2014 | 6487 |
| 25/04/2014 | 6953 | 10/07/2014 | 5613 | 23/09/2014 | 6410 |
| 28/04/2014 | 6984 | 11/07/2014 | 5432 | 24/09/2014 | 6396 |
| 29/04/2014 | 7016 | 14/07/2014 | 5329 | 25/09/2014 | 6402 |
| 30/04/2014 | 7002 | 15/07/2014 | 5149 | 26/09/2014 | 6462 |
| 01/05/2014 | 6996 | 16/07/2014 | 4969 | 29/09/2014 | 6505 |
| 02/05/2014 | 6950 | 17/07/2014 | 4825 | 30/09/2014 | 6614 |
| 06/05/2014 | 6957 | 18/07/2014 | 4681 | 01/10/2014 | 6834 |
| 07/05/2014 | 6982 | 21/07/2014 | 4604 | 02/10/2014 | 7027 |
| 08/05/2014 | 7058 | 22/07/2014 | 4600 | 03/10/2014 | 7101 |
| 09/05/2014 | 7207 | 23/07/2014 | 4659 | 06/10/2014 | 7119 |
| 12/05/2014 | 7305 | 24/07/2014 | 4751 | 07/10/2014 | 7076 |
| 13/05/2014 | 7479 | 25/07/2014 | 4831 | 08/10/2014 | 6961 |
| 14/05/2014 | 7766 | 28/07/2014 | 4904 | 09/10/2014 | 6917 |
| 15/05/2014 | 8134 | 29/07/2014 | 4969 | 10/10/2014 | 6924 |
| 16/05/2014 | 8328 | 30/07/2014 | 4978 | 13/10/2014 | 6950 |
| 19/05/2014 | 8437 | 31/07/2014 | 4923 | 14/10/2014 | 7088 |
| 20/05/2014 | 8488 | 01/08/2014 | 4859 | 15/10/2014 | 7282 |
| 21/05/2014 | 8448 | 04/08/2014 | 4854 | 16/10/2014 | 7531 |
| 22/05/2014 | 8226 | 05/08/2014 | 4843 | 17/10/2014 | 7735 |
| 23/05/2014 | 8016 | 06/08/2014 | 4845 | 20/10/2014 | 7970 |
| 27/05/2014 | 7774 | 07/08/2014 | 4896 | 21/10/2014 | 8265 |
| 28/05/2014 | 7527 | 08/08/2014 | 4963 | 22/10/2014 | 8536 |
| 29/05/2014 | 7245 | 11/08/2014 | 5042 | 23/10/2014 | 8801 |
| 30/05/2014 | 6993 | 12/08/2014 | 5176 | 24/10/2014 | 8971 |
| 02/06/2014 | 6786 | 13/08/2014 | 5361 | 27/10/2014 | 9102 |
| 03/06/2014 | 6547 | 14/08/2014 | 5883 | 28/10/2014 | 9388 |
| 04/06/2014 | 6310 | 15/08/2014 | 6397 | 29/10/2014 | 9624 |
| 05/06/2014 | 6080 | 18/08/2014 | 6659 | 30/10/2014 | 9788 |
| 06/06/2014 | 5838 | 19/08/2014 | 6673 | 31/10/2014 | 9883 |
| 09/06/2014 | 5719 | 20/08/2014 | 6602 | 03/11/2014 | 9946 |
| 10/06/2014 | 5609 | 21/08/2014 | 6519 | 04/11/2014 | 9920 |
| 11/06/2014 | 5446 | 22/08/2014 | 6467 | 05/11/2014 | 9809 |
| 12/06/2014 | 5092 | 26/08/2014 | 6438 | 06/11/2014 | 9651 |

Baltic Indices
2014-2015

| Date | Value | | Date | Value |
|------|-------|---|------|-------|
| 07/11/2014 | 9480 | | 28/01/2015 | 4947 |
| 10/11/2014 | 9356 | | 29/01/2015 | 4392 |
| 11/11/2014 | 9217 | | 30/01/2015 | 4060 |
| 12/11/2014 | 9080 | | 02/02/2015 | 3830 |
| 13/11/2014 | 8910 | | 03/02/2015 | 3622 |
| 14/11/2014 | 8718 | | 04/02/2015 | 3485 |
| 17/11/2014 | 8560 | | 05/02/2015 | 3418 |
| 18/11/2014 | 8491 | | 06/02/2015 | 3430 |
| 19/11/2014 | 8442 | | 09/02/2015 | 3466 |
| 20/11/2014 | 8428 | | 10/02/2015 | 3563 |
| 21/11/2014 | 8443 | | 11/02/2015 | 3748 |
| 24/11/2014 | 8472 | | 12/02/2015 | 3911 |
| 25/11/2014 | 8509 | | 13/02/2015 | 3984 |
| 26/11/2014 | 8582 | | 16/02/2015 | 4034 |
| 27/11/2014 | 8783 | | 17/02/2015 | 4056 |
| 28/11/2014 | 8943 | | 18/02/2015 | 4110 |
| 01/12/2014 | 8974 | | 19/02/2015 | 4127 |
| 02/12/2014 | 8924 | | 20/02/2015 | 4110 |
| 03/12/2014 | 8835 | | 23/02/2015 | 4097 |
| 04/12/2014 | 8750 | | 24/02/2015 | 4114 |
| 05/12/2014 | 8676 | | 25/02/2015 | 4150 |
| 08/12/2014 | 8617 | | 26/02/2015 | 4244 |
| 09/12/2014 | 8498 | | 27/02/2015 | 4319 |
| 10/12/2014 | 8347 | | 02/03/2015 | 4409 |
| 11/12/2014 | 8179 | | 03/03/2015 | 4512 |
| 12/12/2014 | 7976 | | | |
| 15/12/2014 | 7810 | | | |
| 16/12/2014 | 7660 | | | |
| 17/12/2014 | 7526 | | | |
| 18/12/2014 | 7405 | | | |
| 19/12/2014 | 7229 | | | |
| 22/12/2014 | 7100 | | | |
| 23/12/2014 | 6953 | | | |
| 24/12/2014 | 6821 | | | |
| 02/01/2015 | 6591 | | | |
| 05/01/2015 | 6466 | | | |
| 06/01/2015 | 6325 | | | |
| 07/01/2015 | 6219 | | | |
| 08/01/2015 | 6184 | | | |
| 09/01/2015 | 6095 | | | |
| 12/01/2015 | 6082 | | | |
| 13/01/2015 | 6113 | | | |
| 14/01/2015 | 6118 | | | |
| 15/01/2015 | 6114 | | | |
| 16/01/2015 | 6057 | | | |
| 19/01/2015 | 5994 | | | |
| 20/01/2015 | 5914 | | | |
| 21/01/2015 | 5787 | | | |
| 22/01/2015 | 5624 | | | |
| 23/01/2015 | 5465 | | | |
| 26/01/2015 | 5345 | | | |
| 27/01/2015 | 5175 | | | |

10 April 2015

TradeWinds

NEWS 15

**DRY CARGO**

# Capesize S&P deals crash as spot rates reach record lows

## Supramaxes also caught in downward spiral as secondhand sales plummet

Andy Pierce **London**

Depression in the dry cargo sector dragged down spending in the sale-and-purchase (S&P) market during the first quarter of this year as the traditional adage of buy low to sell high proved difficult to execute.

Spending on secondhand bulkers crashed from $2.52bn in the opening three months of 2014, when hope of a market recovery reverberated, to just $337m in the initial quarter of 2015 as a colder reality was realised, data from VesselsValue.com shows.

Capesize S&P activity tumbled, with rates nearing all-time lows,

despite some high-profile owners circulating ships for sale.

The data, which was compiled for TradeWinds, shows that just $36m was invested in three trading sales in the subsector between 1 January and 31 March this year, significantly down from the $744m spent on 20 capesizes in the opening period of 2014.

As a sign of the times, the 2015 sales figure is below the value of capesizes presently anchored at the famous layup spot of Labuan, Malaysia.

At the time of writing, four capes worth a collective $55m were in Brunei Bay, TradeWinds calculates.

It is not just the capesize mar-

ket that has seen sales plummet. In the first quarter of 2014, $925m was spent on 50 panamax S&P deals. A year later, that figure is down to $184m on 15 of the bulkers, the data shows.

A similar pattern is seen in supramaxes: the opening quarter of this year saw $78m spent on seven ships, a far cry from the $651m on 28 vessels in the same period 12 months previously.

Toby Mumford, a valuation analyst at VesselsValue.com, said: "Rates for [the] first quarter of 2015 were at 20% of those in the same period of 2014. Sellers, however, remain unwilling to reduce their ideas, many still hold out for pric-



● **ON THE SLIDE:** Capesize spending shows that just $36m was invested in the first quarter of this year, compared to $744m in the same period last year.
Photo: BLOOMBERG

es achieved in the fourth quarter of 2014.

"Capesize owners are, however, selling 15 to 20-year-old units for scrap in large numbers rather than investing in survey work to only enter layup. We hope this will ease the supply."

The survey shows 47 bulkers, including 25 capesizes, were scrapped in the first three

months of 2015. A year earlier, a total of 18 bulkers, of which five were capes, headed to the breakers' yards.

Greek owners have been leading the scrapping drive, weighing in with 12 bulkers. Chinese owners have scrapped 11, Singaporeans six, Japan and India four each and several other nations disposing of one or two vessels each.



tabbles®

EXHIBIT

17 April 2015

# TradeWinds

**NEWS 15**

# Greek broker urges owners to go for secondhand handies

Dale Wainwright **Singapore**

Smaller dry bulk tonnage should be the focus if owners choose to invest in the sector, according to a prominent Greek shipbroker.

George Lazaridis, head of market research and asset valuations at Allied Shipbroking, suggests the handysize segment could be the one to target.

"Amid all the market pessimism you will also find sufficient discounts in the price of secondhand assets in the price of secondhand assets that will provide ample promise for reward that would compensate the risk," he wrote in Allied's latest market report. "One size segment that shows a good ratio of risk against potential reward are handysize vessels, particularly modern vessels on the larger end of the size spectrum, that is 35,000 dwt to 38,000 dwt."

At a price of $13.5m for a five-year-old unit you get a discount of close to 40%, which is equal to close to 8% depreciation in value per year," he said.

Lazaridis says prices for these assets have never been lower and compared to placing a new contract at a yard "hungry for orders", the discount is more than enough.

He argues that the fleet profile for handysizes makes them a better investment than larger panamaxes and panamaxes, which offer similar, if not better, discounts on modern units.

"Last month, we witnessed yet another drop in the size of the fleet in terms of number of vessels, down to 2,437, which is only three more vessels than what it was on 1 January 2015.

"The fleet stands now at 2,437, which is only three more vessels than what it was on 1 January 2015.

"This becomes all the more noteworthy when you consider that this has happened during a period in the year where new-building deliveries are more intense because everyone wants to benefit from having their vessel

written as built in the new year."

Lazaridis says the limited orderbook compared to the strong number of handysizes in the fleet that are over 25 years of age is also worth noting.

This is backed by figures given by handysize specialist Pacific Basin Shipping in its first-quarter 2015 trading update released in

early April. According to the Hong Kong shipowner, 11% of the handysize fleet is over 25 years of age against eight years for handymax, against eight years for handymax, es, panamaxes and capesizes.

Orders for handysize tonnage are said to be at their lowest since 2001, while the current orderbook, which accounts for 21% of the existing fleet, is expected to see deliveries fall short of schedule.

In addition, the average age of the handysize fleet is 10 years against eight years for handymaxes, panamaxes and capesizes.

Orders for handysize tonnage are said to be at their lowest since 2001, while the current orderbook, which accounts for 21% of the existing fleet, is expected to see deliveries fall short of schedule.

Pacific Basin adds that cancellations, delays and order conversions will have an even greater effect in 2016.

Lazaridis says putting all this together allows for better prospects and, in essence, lower risk, while providing comparatively similar asset-play returns in percentage terms to that of the larger sizes.



WE SEE
SHIPBUILDING
DIFFERENTLY

NOR SHIPPING

SEE US AT
STAND NO. D02-27



EXHIBIT

tabbles

# Booth Shipping Co. Ltd.,
Ship Sale and Purchase brokers and Valuers.

## St John's Chambers, Love Street, Chester CH1 1QN.
### Tel: 01829 250445
### values@boothship.co.uk

Gard Marine & Energy Ltd
Kittelsbuktveien 31
No. 4836 Arendal
Norway
c/o Gard AS
Skibsbyggerhallen, Solheimsgt. 11
No. 5058 Bergen, Norway.

27th April 2015

Dear Sirs,

As requested, we have considered the value of:-

PRIVOCEAN
DWT 81,400
Built 2013 China
IMO 9628087

It is our opinion that the value of the above mentioned vessel is on a charterfree basis, according to the specification stated above in a good seaworthy condition and in class but without inspecting the vessel or the class records.  Due to the present trade it is impossible to supply any value that is related to a 'willing Buyer for and a willing Seller' as there have been no reported transactions. Information on comparable transactions has, where available, been very limited, however we provide an estimate for March 2015:-

USD 19.25  Million

This valuation relates to the date referred to and we emphasise that is a statement of our opinion only and is not a representation of fact or of the particulars or information available to us on which our opinion is based. No assurance can be given that such valuation could be sustained or realisable in an actual transaction.  The valuation has been provided solely for the use of the person who commissioned it and no responsibility can be accepted to any other person.  The valuation is not to be used for the purposes of raising debt.  Our opinion is not to be published or circulated without our express written permission.

Yours faithfully,

Booth Shipping Co. Ltd.,
Registered in England & Wales, Number 4053812, St. John's Chambers, Love Street, Chester


EXHIBIT
E

**CURRICULUM VITAE**

**Name:**           **Patrick Booth**

**Career History:**

1981-1983        **S C Chambers**
Assistant Sale and Purchase Broker in Sale and Purchase
*Trainee Broker*

1983-1996        **T W Tamplin**
Broker and Director of Sale and Purchase
*Negotiations for all types of tonnages and carrying out ship values for Solicitors, Insurance companies, P&I clubs, Ship Owners.  This company was approved by the Directorate General of Shipping, India for ship values.*

1996-1997        **Galbraiths**
Running new-building department
*Dealing with ship yards and trading-houses for designs, prices and availability of berths and then marketing same to Owners.*

1997-1998        **Wake Marine**
Sale and purchase broker
*Trading in conventional 2nd hand tonnage and ship values.*

1998-to date        **Booth Shipping**
Started this Company specialising in Ship Sale and Purchase and Ship Values
*Ship sale and purchase negotiations in all tonnages have been executed.  Utilising market knowledge, the company has carried out ship values for Owners, Solicitors, P&I companies, Average Adjusters and financial institutions.  The company has also worked with Administrators.*

# N. SHIPLEY & CO. LTD

SHIP SALE & PURCHASE BROKERS AND SHIP VALUERS

## SHIP VALUATION

Gard Marine & Energy Ltd                                    27th April, 2015
Kittelsbuktveien 31
NO-4836 Arendal, Norway
c/o Gard AS
Skibsbyggerhallen, Solheimsgt 11
NO-5058 Bergen, Norway

**Attention: Captain A. Asbjornsen.,**
**Our Ref: 1846/2015/058**

Dear Sirs,

### "PRIVOCEAN"
(bulk carrier)

About 81.434 dwt
Built 2013 in South Korea
7/7 holds/hatches
GEARLESS
MAN-B&W main engine of 19415 bhp

As requested we have considered this Vessel's sound value, in good and seaworthy condition and free of long-period charter commitments, as at the 6th of April, 2015.

In our opinion the Vessel's sound value at the date in question was approximately:

**United States $19.500.000.-**

Yours faithfully
for **N.SHIPLEY & CO LTD.,**

N.Shipley

_This value is subject to the conditions overleaf_



Clinton House, 27 Lower Green Road, Esher, Surrey KT10 8HE, England
Telephone: 0208 398 5240 ~ Email: nigel@nshipley.co.uk

## 'SHIPBROKING' - CURRICULUM VITAE

## NIGEL SHIPLEY

**Date of Birth:** 15th October, 1947

**Nationality:**   British

I have been a 'ship sale and purchase broker' since August 1965 (prior to which I was a cadet onboard 'HMS Worcester' for 2.5 years 25/4/63-23/7/65).

**Career History:**

**August 1965 – July 1970          Howard Houlder & Partners**
Trainee Broker in Ship Sale & Purchase department.

**July 1970 – October 1971          E.A.Gibson Fergusson & Wild Ltd**
Broker in Ship Sale & Purchase Department.

**November 1971 – April 1974     H.E.Moss & Co Ltd**
Broker in Ship Sale & Purchase Department

**April 1974 – January 1981          David Bruce & Co**
Manager of Ship Sale & Purchase/Valuation Department.

**February 1981 – June 1987     Tatham Bromage & Co Ltd**
Broker in Ship Sale & Purchase/Valuation Department.

**June 1987 -                       N. Shipley & Co Ltd**
Started my own Company, specialising in Ship Sale & Purchase, Newbuilding Contracting and Ship Valuations.

**Valuations** now form a very important part of my business. I consider that I am an experienced Valuer of most types of Marine Hulls and have provided same for Shipowners, Maritime Lawyers, Banks, P&I Clubs, Insurance Brokers and Average Adjusters.

# PRIVOCEAN SHIPPING LTD.
OF MARSHALL ISLANDS

Athens, 29th April 2015

**To whom it may concern**

I, Betty Galaterou, am the Director of Privocean Shipping Ltd. ("Privocean"), the owner of the M/V PRIVOCEAN ("Vessel").  Under penalty of perjury of the laws of the United States, I hereby declare that as the head owner of the vessel, Privocean was and is not due to receive payments of freight during the time period of her operations under her present time charter.  Freight payments are made exclusively to the time charterers or sub-charterers of the Vessel.  Only payments of hire are made to Privocean for the Vessel from the time charterers. As of the date of the events referred to in the Verified Complaint, there was no hire due to Privocean from the time charterers, since the relevant charter party requires payment of hire every 15 days in advance and at such time hire for the period till 20.04.2015 had been paid by the charterers to Privocean.  The charter hire rate for the Vessel under the current time charter is $7,700 per day.  The estimated time for completion of the current laden voyage is 17 days.

[Signature]

Betty Galaterou, Director

Date: 29th April 2015

Trust Company Complex, Ajeltake Road, Ajeltake Island, Majuro, MH96960, Marshall Islands



EXHIBIT
G