UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| ERGON-ST. JAMES, INC. ) | | Civil Action |
| Plaintiff ) | | Case No.: 15-01121 |
| ) | | c/w 15-1137 & 15-1206 |
| versus ) | | |
| ) | | Section "A" |
| M/V PRIVOCEAN ) | | Judge Zainey |
| Defendant ) | | |
| ) | | Magistrate Division "3" |
| **THIS PLEADING PERTAINS TO** ) | | Magistrate Judge Knowles |
| **THE LIMITATON ACTION,** ) | | |
| **EDLA CIVIL ACTION NO. 15-1206** ) | | |

## ANSWER

NOW COME, through undersigned counsel, Claimants, Bret Mattei, Daniel J. Patton, Roy Trosclair, Grant Wilkinson, Paul Ledet, Albert Long, Lloyd Chevis, III, and Daniel Hudson, who for their Answer to the Verified Complaint in Limitation responds as follows:

### First Defense

Claimants, the crew of the M/V G SHELBY FRIEDRICHS, Bret Mattei, Daniel J. Patton, Roy Trosclair, Grant Wilkinson, and the crew of the M/V NED FERRY, Paul Ledet, Albert Long, Lloyd Chevis, III, and Daniel Hudson, deny all allegations contained in the Verified Complaint in Limitation for lack of sufficient information to justify a belief as to the truth of the matters contained therein. In further response to the Verified Complaint in Limitation Claimants incorporate by reference all allegations contained in the *Claims of Crew of M/V NED FERRY and M/V G SHLEBY FRIEDRICHS* filed contemporaneously herewith.

### Second Defense

The Verified Complaint in Limitation fails to state a cause of action pursuant to the provisions of the Limitation of Liability Act and the Supplemental Rules for Admiralty and

1

Maritime Cases because it fails to set forth details as to the voyage, its commencement, its duration and the location of its ending as required by law including but not limited to Rule F(2) of the Supplemental Rules for Admiralty and Maritime Cases, Federal Rules of Civil Procedure.

### Third Defense

The owners and operators of the M/V PRIVOCEAN are not entitled to limit their liability to the value of the vessel plus pending freight because the owners and operators of the ship in Greece had privity and knowledge of the problems prior to such breakaway.

### Fourth Defense

To the extent that the owner and operator of the M/V PRIVOCEAN have filed a Complaint in the United States District Court for the Eastern District of Louisiana, such parties are no longer entitled to claim any special appearance before this Court and accordingly, they are subject to the *in personam* jurisdiction of this Court pursuant to the provisions of Louisiana's Non-Resident Watercraft Act, and because they have committed a tort within the State of Louisiana and within the Eastern District of Louisiana.

### Fifth Defense

The M/V PRIVOCEAN is insured with Gard Insurance Company which is the issuer of the Letter of Undertaking having a dual role within the jurisdiction of this Court. Even if the value of the M/V PRIVOCEAN is less than $30 million, Claimants are entitled to security from Gard in the agreed value of the vessel, $30 million, in accordance with Clause 18-37 of the Nordic Marine Insurance Plan of 2013, and to recover all of their losses without reduction or proration from Gard pursuant to Louisiana's Direct Action Statute.

**Sixth Defense**

Complainants herein are joint and severally liable for all damages sustained without limitation of any type, kind or nature, without any insurance limits up to the value of the losses.

WHEREFORE, Claimants, Bret Mattei, Daniel J. Patton, Roy Trosclair, Grant Wilkinson, Paul Ledet, Albert Long, Lloyd Chevis, III, and Daniel Hudson, pray that their Answer be deemed good and sufficient and that after due proceedings, that there be judgment in their favor and against Petitioners:

1. Increasing security to $30 million plus 6% per annum from April 10, 2015 until paid;

2. Denying limitation of liability in all respects; and

3. Assessing a judgment jointly, severally and against Petitioners and their insurers for all losses and damages sustained as a result of the casualty.

Respectfully submitted:

  ___/s/ Joseph S. Piacun_____
JOSEPH S. PIACUN, T.A. (25211)
JACK P. RULI, JR. (17365)
REID S. UZEE (31345)
Gennusa, Piacun & Ruli
4405 North I-10 Service Road, Suite 200
Metairie, Louisiana 70006-6564
Telephone: (504) 455-0442
Facsimile: (504) 455-7565
Email: jpiacun@gprlawyers.com
**Attorneys for Claimants,
Bret Mattei, Daniel J. Patton, Roy Trosclair,
Grant Wilkinson, Paul Ledet, Albert Long,
Lloyd Chevis, III & Daniel Hudson**

3

<u>Certificate of Service</u>

  I certify that on March 24, 2016, I served a copy of this *Answer* on all counsel of record through the Court's CM/ECF electronic filing system.

                ___*/s/ Joseph S. Piacun*___