UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **ERGON-ST. JAMES, INC.** | CIVIL ACTION |
| VERSUS | NO. 15-1121 C/W 15-1137 & 15-1206 |
| **M/V PRIVOCEAN, et al.** | JUDGE JAY C. ZAINEY |
| | MAGISTRATE JUDGE DANIEL E. KNOWLES, III |
| | *Applies to All Cases* |

### STIPULATION BY PRIVOCEAN INTERESTS

Privocean Shipping, Ltd., Bariba Corp., *in personam*, and the M/V PRIVOCEAN*, in rem* (hereinafter referred to collectively as "Privocean Interests") do hereby stipulate and agree, solely as to the claims made in these consolidated proceedings by or on behalf of the following claimants and these claimants only - Ergon-St. James, Inc., Ergon, Inc., Ergon Refining, Inc., Magnolia Marine Transport Co., Certain Underwriters Subscribing to Lockton London Contract Nos. PE 1410635, PE 1410636, PE 1410633 and PEE 1410695 including Lloyd's Syndicates 435, 1967, 318, 510, 1225, 33, 2623, 623, 1969, 2001 and 1200 and PartnerRe Ireland Insurance (hereinafter referred to collectively as "Ergon Interests"), as follows:

1) In connection with the incident occurring on April 6, 2015 (the "Incident") in which the PRIVOCEAN made contact with Ergon's facility located at St. James, Louisiana and/or with the M/V BRAVO and/or with the tug TEXAS, and for the sake of the claims by Ergon Interests only and none other, Privocean Interests do hereby admit liability and stipulate to the entry of judgment against Privocean Shipping, Ltd., and Bariba Corp., *in personam*, and the M/V PRIVOCEAN, *in rem,* in favor of Ergon Interests, in an amount to be determined by the United

- 2 -

States District Court for the Eastern District of Louisiana consistent with the terms of this Stipulation.

2) Subject to the provisions of Paragraph 4 below, Privocean Interests will not argue that they are entitled to a reduction in the damages awarded to Ergon Interests due to the negligence or other legal fault of any third party whose actions may have contributed to the breakaway and allision or otherwise to the damages sustained by Ergon Interests.

3) Privocean Interests further stipulate that Ergon Interests were not responsible in any way for any of the events leading up to the initial allision between the M/V PRIVOCEAN and the M/T BRAVO and/or the TEXAS and/or the Ergon facility at St. James, Louisiana.

4) Notwithstanding any other provision of this Stipulation, Privocean Interests reserve all rights, defenses and arguments regarding the recoverable quantum of the claims of Ergon Interests, including but not limited to the issues of depreciation, betterment, superseding and intervening fault and/or comparative fault (of the Ergon Interests) for events occurring after the initial allision at the Ergon facility, exacerbation of the damages of the Ergon Interests and/or of Bravo Shipping, Ltd. as a result of the post-allision negligence or other fault of Ergon Interests, if any, whether repairs to certain structures were not necessitated by the Incident, spoliation of evidence, the quantum of the claim (45.5% of the total subrogated insurer interest) settled by certain other underwriters of Ergon and whether or how much pre-judgment interest, if any, is appropriate under the circumstances, none of which is waived.

5) Nothing herein will be construed to limit the right of Ergon Interests to offer evidence of fault on the part of Privocean Interests occurring *after* the initial allision between the PRIVOCEAN and the BRAVO and/or the TEXAS and/or the Ergon facility at St. James.

Thus done this 22nd day of April, 2018.

>*/s/ Gary A. Hemphill*
>Gary A. Hemphill (#6768)
>William J. Riviere (#20593)
>Michael M. Butterworth (#21265)
>Jeremy T. Grabill (#34924)
>Adam N. Davis (#35740)
>Arthur R. Kraatz (#35194)
>Phelps Dunbar, LLP
>One Canal Place, Suite 2000
>365 Canal Street
>New Orleans, LA 70130
>Telephone: (504) 566-1311
>Facsimile: (504) 568-9130
>Email: gary.hemphill@phelps.com
>
>*Privocean Shipping Ltd.; Bariba Corp.; and M/V PRIVOCEAN, in rem*

### CERTIFICATE OF SERVICE

This is to certify that a copy of the foregoing pleading was filed on this 22nd day of April 2018, with the Clerk of Court by using the CM/ECF system, which will send a notice of electronic filing to all participating counsel of record.

>*/s/ Gary A. Hemphill*
>Gary A. Hemphill

PD.23610797.2