## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERGON — ST. JAMES, INC., ET AL. | CIVIL ACTION |
| VERSUS | NO. 15-1121 C/W<br>15-1137 & 15-1206 |
| M/V PRIVOCEAN, ET AL. | SECTION A(3) |

### MINUTE ENTRY (JS-10: 25 )

On April 20, 2018, the Court held a telephone conference in this matter. The following counsel participated: Barrett Rice, Jeff Tillery, Catherine Darden, and Ford Wogan for Ergon; Gary Hemphill, Michael Butterworth, and Bill Riviere for Privocean. The Court set the conference to address the issues raised in the parties' April 19, 2018 letters to the Court.

The Court advised counsel that witnesses and evidence pertaining to liability for the PRIVOCEAN's breakaway from its berth at Raven's dock did seem to be irrelevant in light of Privocean's willingness to stipulate to 100 percent fault for the pre-allision events. The Court explained, however, that it would not exclude (at this time) any of the witnesses/evidence that Ergon believes to be necessary. The Court will not require Privocean's pre-allision witnesses (many of whom are from out-of-state) to be present on Monday (the first day of trial).

* * * * * * *

*[signature: Jay C. Zainey]*